IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KARELIZ NIN

    Plaintiff

v.

LUZERNE COUNTY CHILDREN AND
YOUTH SERVICES

    Defendant

3:17-CV-802
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 23rd DAY OF OCTOBER, 2017, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's "Motion for Leave to Amend Complaint to Join Additional Defendant" (Doc. 19) is **GRANTED**. Within **5 days of the date of this Order**, Plaintiff shall file the proposed Amended Complaint (Doc. 19-3), as a separate document on the docket.

2. Defendant Luzerne County Children and Youth Services' Motion to Dismiss (Doc. 3) is **DISMISSED AS MOOT**.

3. "Defendant Luzerne County Children and Youth Services' Petition for Leave of Court to File Supplemental Brief in Support of Defendant F.R.C.P. 12(b)(6) Motion to Dismiss" (Doc. 23) is **DISMISSED AS MOOT**.[1]

Robert D. Mariani
United States District Judge

---

[1] The Court notes that, despite the Court not having ruled on the motion, Defendant nonetheless filed the supplemental brief. (*See* Doc. 26). Although the Court may ordinarily be inclined to strike a supplemental brief filed without permission of the Court, because Defendant's motion to dismiss is dismissed as moot, the supplemental brief is no longer pertinent to this Court's determination of any motion. Should Defendant LCCYS choose to file a new motion to dismiss, it should incorporate any relevant arguments set forth in its supplemental brief into its brief in support of the new motion to dismiss.