# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KARELIZ NIN                         :
                                    :
         Plaintiff,                 :
                                    :
    v.                              :   3:17-CV-802
                                    :   (JUDGE MARIANI)
LUZERNE COUNTY and                  :
LUZERNE COUNTY CHILDREN             :
AND YOUTH SERVICES                  :
                                    :
         Defendants.                :

## ORDER

**AND NOW, THIS** _22nd_ **DAY OF AUGUST, 2018,** upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 32), **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 32) is **GRANTED.**

2. The Amended Complaint (Doc. 29) is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, with leave to file a Second Amended Complaint **within twenty-one (21) days** of the date of this Order.

3. The Stay previously issued by this Court (Doc. 50) shall remain in effect until further Order of this Court.

1

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge