IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KARELIZ NIN,

    Plaintiff,

v.

LUZERNE COUNTY and
LUZERNE COUNTY CHILDREN
AND YOUTH SERVICES,

    Defendants.

3:17-CV-00802
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 12th DAY OF SEPTEMBER, 2019, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 57), **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 57) is **GRANTED.**

2. The Second Amended Complaint (Doc. 53) is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, with leave to file a Third Amended Complaint **within twenty-one (21) days** of the date of this Order.

3. The Stay previously issued by this Court (Doc. 50) shall remain in effect until further Order of this Court.

Robert D. Mariani
United States District Judge