IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KARELIZ NIN,

    Plaintiff

VS.

LUZERNE COUNTY CHILDREN
AND YOUTH SERVICES, and
LUZERNE COUNTY

    Defendants

No.: 3:17-CV-0802

JURY TRIAL DEMANDED

## ORDER

AND NOW, on this 27th day of January, 2021, upon consideration of Plaintiffs Motion to Stay Case Management Deadlines, it is hereby ORDERED that the Motion is GRANTED. The Case Management Deadlines set forth in this Court's November 4, 2020 Order are hereby STAYED pending the outcome of mediation. It is FURTHER ORDERED that the parties shall file a joint letter informing the Court of the status of this case within 60 days of the date of this Order.

BY THE COURT:

_____
ROBERT D. MARIANI
UNITED STATES DISTRICT JUDGE